In the Matter of JOSLYN U. and Others. OSWEGO COUNTY DEPART- MENT OF SOCIAL SERVICES, Appellant; HEATHER L., Respon- dent.

Submitted December 1, 2014; decided January 13, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of JOHN HOGAN, Appellant, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION et al., Respon- dents.

Submitted December 8, 2014; decided January 15, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitu- tion. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

INTERNATIONAL SHOPPES, INC., et al., Respondents, v ARLEIGH SPENCER, Appellant.

Submitted December 8, 2014; decided January 15, 2015

Motion for reargument of motion for leave to appeal denied [see 24 NY3d 989 (2014)].